UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                                   :

KAI HUNTE,                                      :

                  Plaintiff,               :

                                      :          25-CV-7712 (JMF)

        -v-                             :

                                      :          <u>ORDER</u>

129 LEXINGTON REST. CORP, et al.,      :

                                      :

                  Defendants.          :

                                      :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     On **October 20, 2025**, and **November 24, 2025**, Defendants were served with the Complaint, and proof of service was filed with the Court. *See* ECF Nos. 10-11. To date, Defendants have failed to appear in this action. No later than **December 29, 2025**, Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with Defendants or if he has any other reason to believe that Defendants have actual notice of this lawsuit.

     Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendants **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

     SO ORDERED.

Dated: December 22, 2025
       New York, New York                          JESSE M. FURMAN
                                      United States District Judge