

## LAW OFFICE OF
# GLPC | GABRIEL A. LEVY, P.C.

1129 Northern Boulevard. Suite 404, Manhasset, NY 11030 ✉ Glevy@glpcfirm.com 📞 (347) 941-4715

January 14, 2026

Hon. Judge Jesse M. Furman
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

<span style="color:blue">Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 18.

SO ORDERED.

January 14, 2026</span>

RE:    **HUNTE v. 129 LEXINGTONE REST. CORP., et al.**
    **DOCKET NO. 1:25-cv-7712**

Dear Judge Furman:

The undersigned represents Kai Hunte, the plaintiff in the above-mentioned matter. I write to request a 30-day extension of time to move for default judgment, which is currently due by January 19, 2026 (Doc. 15). This is plaintiff's first request for an extension of this deadline.

The basis for this request is plaintiff's good faith belief that Sally's, the establishment at issue, may have ceased operations. My office has attempted to contact the business on multiple occasions and at varying times of day. Each attempt has resulted in a single ring followed by voicemail, with no successful contact with any representative of the establishment via phone or email.

Plaintiff seeks this brief extension to allow additional time to investigate whether the business remains operational. If the establishment has in fact closed, the action may be moot and subject to dismissal. In addition, undersigned counsel will be traveling tomorrow through the 22nd. Accordingly, plaintiff respectfully requests a 30-day extension.

I thank the Court for its time and consideration on this matter.

Respectfully,

/s/ Gabriel A. Levy